# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Jason C. Schwartz
Direct: +1 202.955.8242
Fax: +1 202.530.9522
JSchwartz@gibsondunn.com

RECEIVED

2014 AUG 13  A 8: 52

C:                    RT
ALEXANDRIA, VIRGINIA

August 13, 2014

1:14CV 1035 -AJT-TCB

Clerk of the Court
United States District Court
  for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Clerk:

I am filing a complaint today against Hadban Al-Ghasel and Jimla Al-Ghasel. I intend to serve process on these persons pursuant to the Federal Rules of Civil Procedure using a process server.

Sincerely,

Jason C. Schwartz -AMM-

Jason C. Schwartz

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.