# EXHIBIT A

On 15/02/2011 both

**HADBAN SAED J S AL-GHASEL** (employer)

Hold ID No. 26763400779

**and**

**ARMIYA BANI LAGASAN** (employee)

Hold passport No. EB0654972

**The two parties agreed on the following:-**

1. The employee is guaranteed the prevailing wages of Pennsylvania per hour, free room and board, and the employer is the only provider of the employment to the employee.
2. The employer will pay the domestic employee's initial travel expenses to the United States and subsequently to the employer's onward assignment or to the employee's country of normal residence at the termination of the assignment.
3. The employee will work only 8 hours and 40 hours per week with 2 days off for the weekend.
4. The employee will work only for his employer.
5. The employee will have freedom of movement and will not be restricted to remain with the employer on weekends and holidays.
6. The employee's passport will remain with the employee and will not be held by the employer.
7. The employee acknowledges that she has received the hotline telephone number used to report the abuse of domestic help in the United States (1-888-373-7888) and that they know how to call for emergency services in the United States (9-1-1)

This contract has been issued in two copies each party has received his own copy.

The employer                                      The employee