AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

2014 OCT 10 P 3: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| ARMIYA BANI LAGASAN | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:14-cv-01035-AJT-TCB |
| HADBAN AL-GHASEL | ) |
| and | ) |
| JIMLA AL-GHASEL, also known as ZAMIA MOHD | ) |
| also known as ZAMLA MOHD | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HADBAN AL-GHASEL
100 South Reynolds Street
Alexandria, VA 22304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason C. Schwartz, Anna M. McKenzie, and Molly T. Senger, GIBSON, DUNN & CRUTCHER LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036

Caeli A. Higney, GIBSON, DUNN & CRUTCHER LLP, 555 Mission Street, San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2014 OCT 10 P 3 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

ARMIYA BANI LAGASAN )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:14-cv-01035-AJT-TCB
)
HADBAN AL-GHASEL )
and )
JIMLA AL-GHASEL, also known as ZAMIA MOHD )
also known as ZAMLA MOHD )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JIMLA AL-GHASEL a.k.a. ZAMIA MOHD a.k.a. ZAMLA MOHD
100 South Reynolds Street
Alexandria, VA 22304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason C. Schwartz, Anna M. McKenzie, and Molly T. Senger, GIBSON, DUNN & CRUTCHER LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036

Caeli A. Higney, GIBSON, DUNN & CRUTCHER LLP, 555 Mission Street, San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____ _____
*Signature of Clerk or Deputy Clerk*