IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARMIYA BANI LAGASAN, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 1:14-cv-1035 (AJT/TCB) |
| | ) |
| v. | ) |
| | ) |
| HADBAN AL-GHASEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 18] of the Magistrate Judge recommending that default judgment be entered against defendants Hadban Al-Ghasel and Jimla Al-Ghasel ("defendants") and in favor of plaintiff Armiya Bani Lagasan ("plaintiff"), in the amount of $749,351. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(1) [Doc. No. 13] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendants, jointly and severally, and in favor of plaintiff, in the amount of $749,351, which consists of $369,606 in compensatory damages under the Trafficking Victims Protection Reauthorization Act ("TVPA"), $369,606 in punitive damages under the TVPA, and an additional $10,319 in damages for breach of contract.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendants at the following addresses:

> Jimla Al-Ghasel a/k/a Zamia Mohd a/k/a Zamla Mohd
> 100 South Reynolds Street, #603
> Alexandria, VA 22304
>
> Habdan Al-Ghasel
> 100 South Reynolds Street, #603
> Alexandria, VA 22304

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 12, 2015

2