IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Armiya Bani Lagasan, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 1:14cv1035-AJT-TCB |
| Hadban Al-Ghasel, et al., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

Pursuant to the order of this Court entered on March 12th, 2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered against defendants', Hadban Al-Ghasel and Jimla Al-Ghasel, jointly and severally, and in favor of Plaintiff, Armiya Bani Lagasan, in the amount of $749,351, which consists of $369,606 in compensatory damages under the Trafficking Victims Protection Reauthorization Act ("TVPA"), $369,606 in punitive damages under the TVPA, and an additional $10,319 in damages for breach of contract.

FERNANDO GALINDO, CLERK OF COURT

By: _____
Deputy Clerk

Dated: March 17th, 2015
Alexandria, Virginia